IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASMINE BUDZYN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KFC Corporation; KFC; FQSR, LLC; KBP Foods, LLC; JAMES JOHNSON JR. INDIVIDUALLY and as agent and/or employee of KFC Corporation, FQSR, LLC, and/or KBP Foods, LLC, | ) ) ) ) | Case No. 21-cv-4152 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:** See service list

**PLEASE TAKE NOTICE** that on the 22nd day of October 2021, at 9:45 a.m., we shall appear before the Honorable Sharon Johnson Coleman, or any judge in her stead in the courtroom usually occupied by her in room 1241 of the United States District Courthouse, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and present, **Defendant Johnson's Motion to Stay,** a true and correct copy of which is attached hereto and hereby served upon you.

/s/ Hall Adams
Attorney for Defendant, James Johnson, Jr.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that I served the foregoing, **Notice of Motion of Defendant Johnson's Motion to Stay**, upon the above attorney via email on this 12th day of October 2021.

/s/ Hall Adams
Attorney for Defendant, James Johnson, Jr.

Hall Adams
Law Offices of Hall Adams, LLC
33 North Dearborn Street; Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorney's No. 6194886

## **SERVICE LIST**

Richard I. Levin, Esq.
Robert J. Adelman, Esq.
Levin, Riback, Adelman, P.C.
10 N. Dearborn; 11th Floor
Chicago, IL 60602
rlevin@lralegal.com
radelman@lraflaw.com

Franklin Wolf
Fisher and Phillips LLP
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
fwolf@fisherphillips.com

J. Randall Coffey (*pro hac vice forthcoming*)
Fisher & Phillips LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
rcoffey@fisherphillips.com

James Coleman
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
jcoleman@constangy.com

Laura Balson
Constangy, Brooks, Smith & Prophete, LLP
300 S. Wacker, Suite 1050
Chicago, IL 60606
lbalson@constangy.com