IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASMINE BUDZYN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KFC Corporation; KFC; FQSR, LLC; KBP Foods, ) | |
| LLC; JAMES JOHNSON JR. INDIVIDUALLY ) | Case No. 21-cv-4152 |
| and as agent and/or employee of KFC Corporation, ) | |
| FQSR, LLC, and/or KBP Foods, LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JOHNSON'S MOTION TO STAY**

Defendant, James Johnson, Jr. ("Johnson"), by his attorney, Hall Adams, states as follows for his Motion to Stay:

Johnson is a defendant in a criminal prosecution that alleges the same misconduct as that alleged in plaintiff's Complaint (1), *People of the State of Illinois v. James E. Johnson, Jr.,* Case No. 2020 CF 594, Circuit Court of Will County, Illinois ("criminal case"). The criminal case is in the pretrial discovery stage and no trial date has been set.

This Court should exercise its inherent power to stay proceedings in this case to prevent Johnson from facing the Hobson's Choice of participating in the discovery process in this case at the risk of waiving for forfeiting his Fifth Amendment right against self-incrimination in the criminal case. See *Doe v. City of Chicago*, 360 F.Supp.2d 880 (N.D. Ill. 2005), cited with approval in *Fick v. Parker*, 2020 U.S. Dist. LEXIS 148756, ¶ (6)

WHEREFORE, Johnson moves for entry of an Order staying proceedings in this case until the conclusion of the criminal case.

                                                                          /s/ Hall Adams
                                                    Attorney for Defendant Johnson

Hall Adams
Law Offices of Hall Adams LLC
33 N. Dearborn Street, Suite 2350; Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901; hall@adamslegal.net