# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JASMINE BUDZYN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| KFC CORPORATION, KFC, FQSR, LLC, KBP FOODS, LLC, JAMES JOHNSON JR. INDIVIDUALLY And as agent and/or employee of KFC CORPORATION, KFC, FQSR, LLC, and/or KBP FOODS, LLC | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 21 CV 04152

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, JASMINE BUDZYN, by her attorneys, LEVIN, RIBACK & ADELMAN, P.C., and moves this Honorable Court to enter an Order granting the Plaintiff leave to file her First Amended Complaint at Law on or before January 21, 2022, states as follows:

1. This cause of action arises out of multiple occurrences of sexual harassment and sexual assault at Defendants' KFC located at 442 Weber Road, Romeoville, Illinois, 60446, with the most recent assault taking place on December 28, 2019, that resulted in permanent injuries to the Plaintiff.

2. The Plaintiff seeks leave to file her First Amended Complaint at Law amending the allegations against the Defendants, KFC CORPORATION and KFC, in lieu of filing a response to their 12(B)(6) motion.

3. The Defendants, KFC CORPORATION and KFC, filed a Motion to Dismiss pursuant to Federal Rules Civil Procedure Rule 12(b)(6). After reviewing the Defendants', KFC CORPORATION and KFC, Motion to Dismiss, counsel for the Plaintiff, Richard Levin, and counsel for KFC CORPORATION and KFC, Laura Balson discussed the details of the Motion to Dismiss in order to simplify matters raised in the 12(B)(6) Motion. The Plaintiff has agreed to separate the claims as to each named Defendant. This will streamline the issues raised in the Defendants' 12(B)(6) motion. KFC CORPORATION and KFC will likely file an amended 12(B)(6) motion.

4. The Plaintiff seeks leave to file this Amended Complaint at Law to correct pleading deficiencies raised by KFC CORPORATION and KFC. Once the Plaintiff's First Amended Complaint at Law has been filed, the KFC CORPORATION and KFC will be able to file a revised 12(B)(6) Motion to Dismiss. The Amendment of the Plaintiff's Complaint at Law will affect the briefing schedule of Defendants', KFC CORPORATION and KFC, Motion to Dismiss, and a new proposed briefing schedule, if the court agrees, will be submitted at later time.

5. The Amendment of the Plaintiff's Complaint at Law will not affect the briefing schedule or issues of the Defendants', FQSR, LLC and KBP FOODS, LLC, Motion to Dismiss and to Compel Arbitration.

6. Defense counsel for Defendants, KFC CORPORATION and KFC, has no objection to the filing of the Plaintiff's First Amended Complaint at Law.

Wherefore, the Plaintiff, JASMINE BUDZYN, prays this Honorable Court enter an Order granting the Plaintiff leave to file her First Amended Complaint at Law on or before January 21, 2022.

Respectfully Submitted,

By: */s/ Richard Levin*
Attorney for Plaintiff

Levin, Riback & Adelman, P.C.
10 N. Dearborn Street, 11th Floor
Chicago, Illinois 60602
(312) 782-6717
Atty I.D. No.6194494
rlevin@lralegal.com

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF COOK | ) | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, deposes and states under oath that he caused a copy of the foregoing Notice of Motion and the Plaintiff's Motion for Leave to file her First Amended Complaint with an email to all Counsel of record as on this 19th day of January, 2022.

                By:   */s/ Richard Levin*
                          Attorney for Plaintiff