UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Jasmine Budzyn
                    Plaintiff,

v.                                                Case No.: 1:21−cv−04152
                                                Honorable Sharon Johnson Coleman

KFC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court having received email correspondence from the parties, this case is dismissed with prejudice as to all defendants without costs to either party. Plaintiff's motion to compel [79] is stricken as moot. In−court hearing set for 1/20/2023 is stricken. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.